UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FREDERICK H FRANKLIN,

　　　　　　　　Plaintiff,

　　v.

LOANCARE MORTGAGE SERVICING COMPANY,

　　　　　　　　Defendant.

Case No. C23-6170 TMC

REPORT AND RECOMMENDATION

NOTED FOR: MARCH 15, 2024

　　　　On December 20, 2023, plaintiff filed an application to proceed *in forma pauperis* (IFP). Dkt. 1. On January 8, 2024, the Court ordered plaintiff to show cause why his complaint should not be dismissed for failure to state a claim, or file an amended complaint. Dkt. 5. Plaintiff had until January 22, 2024, to meet the Court's deadline.

　　　　Plaintiff has not responded to the Court's order to show cause to date. Accordingly, the undersigned recommends that the Court DENY plaintiff's IFP application and dismiss his action without prejudice for failure to prosecute.

　　　　Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations

REPORT AND RECOMMENDATION - 1

1  omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is
2  directed to set the matter for consideration on March 15, 2024, as noted in the caption.
3
4  Dated this 27th day of February, 2024.

*Theresa L. Fricke*
_____
Theresa L. Fricke
United States Magistrate Judge

NOTED FOR: MARCH 15, 2024 - 2