UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FREDERICK H FRANKLIN,<br><br>                Plaintiff,<br>    v.<br><br>LOANCARE MORTGAGE SERVICING COMPANY,<br><br>                Defendant. | Case No. C23-6170-TMC<br><br>ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE |

The Court, having reviewed the Report and Recommendation of Magistrate Theresa L. Fricke, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's application to proceed in forma pauperis (Dkt. 1) is DENIED;

(3) Plaintiff's action is DISMISSED without prejudice for failure to prosecute; and

(4) The Clerk is directed to send copies of this Order to Plaintiff.

Dated this 15th day of March, 2024

_____
Tiffany M. Cartwright
United States District Judge

ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE - 1